# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

STEVEN CHRISTOPHER SACHAROW

*Defendant*

Case No. 2:17 - MJ - 88 KJN

UN-SEALED

FILED
JUN 0 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN CHRISTOPHER SACHAROW,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court (KJN)

This offense is briefly described as follows:

21 U.S.C. § 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Methamphetamine
21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Heroin and Methamphetamine

Date: May 30, 2017

_____
*Issuing officer's signature*

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/30/17, and the person was arrested on *(date)* 6/1/2017
at *(city and state)* North Highlands, CA

Date: 6/1/2017

_____
*Arresting officer's signature*

Frank Newson, United States Magistrate Judge
*Printed name and title*